AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Arkansas

UNITED STATES OF AMERICA

v.

ROBERT H. HOOD, JR.

**Judgment in a Criminal Case**

(For **Revocation** of Probation or Supervised Release)

Case No.     6:09CR60019-001

USM No.     09471-010

Alex Wynn
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)     One, two, four, five, six, seven, and eight     of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to report for drug testing | September 25, 2017 |
| Two | Use of controlled substances | February 7, 2018 |
| Four | Possession of a controlled substance | March 28, 2018 |
| Five | New law violation | June 7, 2018 |
| Six | Possession of a controlled substance | June 7, 2018 |
| Seven | Failure to notify change of address | June 7, 2018 |
| Eight | Failure to answer truthfully to U.S. Probation | May 30, 2018 |

The defendant is sentenced as provided in pages 2 through     2     of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.     3266

Defendant's Year of Birth:     1974

City and State of Defendant's Residence:
Hot Springs, Arkansas

December 11, 2020
Date of Imposition of Judgment

*Susan O. Hickey*
Signature of Judge

Susan O. Hickey, Chief United States District Judge
Name and Title of Judge

December 14, 2020
Date

AO 245D (Rev. 11/16)    Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page ___2___ of ___2___

DEFENDANT:        ROBERT H. HOOD, JR.
CASE NUMBER:      6:09CR60019-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total
term of :
**24 months imprisonment with credit for time served in federal custody.  No term of supervised release to follow.**

☒  The court makes the following recommendations to the Bureau of Prisons:
The defendant is recommended to take part in any drug treatment program in which he may qualify.  The defendant is
recommended for housing at FCI Texarkana or FCI Forrest City.

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

☐  at  _____  ☐  a.m.  ☐  p.m.   on  _____  .

☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐  before 2 p.m. on  _____  .

☐  as notified by the United States Marshal.

☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on  _____  to  _____

at  _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL